United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 24, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-30421
Summary Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

ROY J. JONES, JR.,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:05-CR-60046-1
--------------------

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:[*]

    Roy J. Jones, Jr. appeals the sentence imposed by the district court following his guilty-plea conviction for being a felon in possession of a firearm. See 18 U.S.C. § 922(g)(1). Jones argues that the district court erred in increasing his offense level by four levels under U.S.S.G. § 2K2.1(b)(5) for possessing the firearm in connection with the felony offense of cocaine possession.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Jones first asserts that the district court clearly erred in finding that he possessed cocaine. Based on the record as a whole, the district court's finding that Jones possessed cocaine was plausible and therefore not clearly erroneous. See United States v. Condren, 18 F.3d 1190, 1199 (5th Cir. 1994).

Jones also argues that § 2K2.1(b)(5) is inapplicable to his case because his firearm possession did not occur in connection with the cocaine possession. The district court did not err in its application of § 2K2.1(b)(5) to Jones's case. See United States v. Armstead, 114 F.3d 504, 512 (5th Cir. 1997); Condren, 18 F.3d at 1199-1200.

Accordingly, the judgment of the district court is AFFIRMED.